```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

Howard Boehm,                    )
                                 )
                 Plaintiff,      )  Case No. C-1-02-362
                                 )
     vs.                         )
                                 )
City of Portsmouth, et al.,      )
                                 )
                 Defendants.     )

### Show Cause Order

On October 30, 2003, Defendants filed a motion for summary judgment in this matter. To date, Plaintiff has not filed a memorandum in opposition to that motion, and the time allotted by Southern District of Ohio Local Rule 7.2 for the filing of such a memorandum has expired. Accordingly, Plaintiff is hereby **ORDERED** to **SHOW CAUSE,** on or before December 19, 2003, for the denial of Defendants' motion. In the event that Plaintiff fails to timely respond to this Show Cause Order, the Court will consider Defendants' motion as unopposed. In the event that Plaintiff timely responds, Defendants may file a reply memorandum on or before January 5, 2004.

**IT IS SO ORDERED.**

                                   /s/
                            Sandra S. Beckwith
                            United States District Judge