**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**Howard Boehm,**
    **Plaintiff**

-vs-                          Case No.  C-1-02-362

**City of Portsmouth,
et al.,**
    **Defendants**

# JUDGMENT

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED that** defendants' motion for summary judgment is **GRANTED**.

Date:   January 8, 2004                               James Bonini, Clerk

                                                             By:  s/Mary C. Brown
                                                                     Mary C. Brown, Deputy Clerk